HELEN C. PERPALL, Respondent, v. LIZZIE GLOAD, Appellant.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Benedict at

Special Term. [Reported in 116 Misc. Rep. 571.] Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.